**Dismissed and Memorandum Opinion filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00467-CR

### RISPAH CHOMBAH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 2151521**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to trespass. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to six days' confinement in county jail. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports

the certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b)